## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **DIANA MATA-CUELLAR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:10-00619 |
| ) | **Judge Sharp** |
| **TENNESSEE DEPARTMENT OF** ) | |
| **SAFETY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket No. 74) is hereby GRANTED and this action is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE